PER CURIAM.
Affirmed. Green v. State, 93 Fla. 1076, 113 So. 121 (1927); Box v. Massachusetts Bonding & Insurance Co., 187 So.2d 58 (Fla. 3d DCA 1966); McKay v. Highlands Insurance Company, 287 So.2d 393 (Fla. 3d DCA 1973); Laster v. United States Fidelity & Guaranty Company, 293 So.2d 83 (Fla. 3d DCA 1974); Barnes v. Travelers Insurance Company, 342 So.2d 1065 (Fla. 3d DCA 1977). Compare: Allstate Insurance Company v. Korschun, 350 So.2d 1081 (Fla. 3d DCA 1977).